# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FOKES | |
| Plaintiff, | CIVIL ACTION NO. 2:13-CV-1625 |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, et al. | ORDER |
| Defendants. | |

The parties' Joint Stipulation of Dismissal (ECF No. 13) is GRANTED. Defendant Equifax Information Services LLC is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

IT IS SO ORDERED.

Dated: October 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT