Tricia L. Legittino (State Bar No. 254311)
  tlegittino@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California  90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Defendant CITIBANK, N.A., SUCCESSOR BY MERGER TO CITIBANK (WEST), FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FOKES,<br><br>           Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC and CITIMORTGAGE, INC. d/b/a CITIBANK, N.A.,<br><br>           Defendants. | CASE No. 2:13-CV-01625-MCE-CKD<br><br><br>**ORDER** |

The parties' joint Stipulation of Dismissal, ECF No. 17, is GRANTED as set forth in this Order.  Defendant Citibank, N.A. (improperly sued herein as "Citimortgage, Inc. d/b/a Citibank, N.A.") ("Citibank") is DISMISSED with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his/its attorney's fees, costs and expenses incurred.  See ECF No. 17.

The parties request that the Court reserve jurisdiction to enforce the provisions of the Settlement and General Release Agreement entered into by Plaintiff and Citibank and to resolve any and all disputes arising out of such Agreement.  See ECF No. 17.  The Court does so, but only to the extent permitted by law.  See Keeling v. Sheet Metal Workers Int'l Ass'n (9th Cir. 1991) 937 F2d 408, 410; compare Delay v. Gordon, 475 F.3d 1039, 1045 n.11 (9th Cir. 2007) with

1 | In re Hunter, 66 F.3d 1002, 1006 (9th Cir. 1995).  The Clerk of the Court is
2 | ORDERED to CLOSE this case.
3 |         IT IS SO ORDERED.
4 |
5 | Dated:  March 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT